My main theme of work is also to represent our elections in the United States. Our life policy is in the realm of money streams. It's not just our life. It's the future of the country. So we need to think about policy. But there's a primary policy for something that is not government. And it is that. And, of course, it can be the realm of politics. We need to have a place to protect ourselves. And, of course, there are a lot of other primary issues. And in some circumstances, we're not going to be able to do the coverage we're hoping to get for a loss. And in some other circumstances, we're not going to be able to do the coverage we're hoping to get for a loss. Because the threshold required for that to be achieved had there been no other locations to make the loss of interest in this policy versus the policy of the European Union or NATO, would there be other primary issues? No. There is. And that will be the primary issue for the next 400 years. So that's the primary policy for the next 400 years. So it would be the next 400 years, the primary year, the next 400 years, and then all the way up to the next 400 years, and then the next 400 years. That's correct. But the primary year is the next 400 years. So we understand your position is that the primary policies for years that you're covering for the start of your career have been coverage? Yes. And so you're talking about non-religious policies. You're talking about non-religious issues. And this has been, in some of the cases, you've been a sheriff since 1974. But you're talking about non-religious policies. Yeah, but when you talk about your policy, tell me what language in your policy says you may exclude coverage because it was primary for two years that you were not covering for two years. And not to speak to coverage, but you should coverage during your day job, during your time in the service. Is that correct? Yes. And in other cases, that's not the case. I understand that. Okay. I want to go to you, and I want to go to you about these four other things. Okay. You're talking about language in your policy. Sure. There are different elements of your policy. When you post a piece of it, with respect to the coverage not covered, when you're writing policy, you're just instructing your officers, your sheriff, or any other officer in your service, to coverage. If I understand your position, I think what you're trying to do is to keep coverage, which you've covered before in 1985, and that's the case here. These policies continue to be a hook for any day business that continues to sell coverage. So, you want to make sure that you make a post, show something, show something that's actually true. In the 1985-1986 period, all of these policies become shortcuts, which means that you can see those strategies, those recommendations, and you can make a post. So, it's not a foolish behavior. In 1985-1986, your policy here, you have to have the information. In the prior years, it would not have been. It would have been like, okay, this is what we can do. That makes us good. The remediation has not been a sudden investigation where we continue with what's available. It has been, and we know now, that any kind of remediation is responsible for a long period of time. The penalties for some remediation in 1985 have basically depended on the basis of what you can provide. So, this is my question. My question is, is that sufficient? Is there enough information that you're already involved? If there is, is there enough information as an institution to make sure that it can be remedied in the 1988-1986 and so on and so forth? It should not be a case like this, where there are prior, primary CTA carriers. So, shouldn't I go back and get my own change? Let's assume, all of those CTA carriers Okay. Which we don't know, so it's possible to still discuss that. And I'm sure it is based on ability because of that. My position is that you really don't have to cover the insurer because in previous years, in which case, it did not occur, but it happened in the previous years, we had an insurer who changed the policy. So, I am the questioner here. I understand. I'm the one that got the penalty. I'm the one that got the penalty. I understand. You understand? You have no ability to defend your insurer in a year in which the occurrence occurred. And I'm sorry, but the occurrence didn't occur previous to your year. Nonetheless, you have no ability to defend because they were well-covered in years when the occurrence didn't occur. That's exactly the reason in 1985-1986, we followed the case and I heard her in a year when you would be signing the back-up policy. She just sold us. Instead, we have to show that the purpose of this lawsuit is to follow the policy of her during that year. We don't, because the primary carriers are your years and we don't have the potential for coverage as you mentioned in your paper file. So, the potential for coverage is the potential for coverage in those years because the occurrence might have occurred in those years. It also must reflect what we were doing. And I like the primary carriers in the other years and I like the opportunity for coverage. So, I'm still at the same place and I think it's probably a better place to go. I don't know if you can answer my question, so I'll leave it at that. But all in all, these lawsuits have done the most explosive work. They need to show that they are limited. The occurrence could be during your year 1985-1986. Do you want me to read it again? It's because in 1985-1986, when you pick up the back-up, it's just a case of some of the primary carriers which is subpoenaed. Okay, but we'll get back to this topic. Next question That's all it is. That's all it is. But when we start to see this difference of the primary sources, which is the primary and the primary carriers as being more clear about that the public policy in 1985-1986 does not reflect the case during your year. So, it's an absolutely true. I want to change the question, though. What if it were some of the things that happened in 1985-1986? Well, then the fact that the case is being reflected in all sorts and each case, then there is nothing about the  policy that decides the !, that that that homeowners are actually worried that the costs are going to dry when they  going         we're trying to do. And that's what we're trying to do. And that's what we're trying to do. So you can see       all of these cases . You can see that too. And that's what the commission of the French applauds you for  hard work. You can see that we have four cases in America. We have four that  still ongoing. But this case needs to be in a better state. I hope you can see that in the way that you can do. I hope you can Thank you. Thank you. . Thank you. Thank you. Thank you. Thank . . . . . . . . . Do you have any further questions?
judges: Goodwin, Tallman, Hurwitz